# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **LUIRAIMIS J. VALERIO LIENDO** | **CIVIL ACTION NO. 26-2028** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE S. MAURICE HICKS** |
| **WARDEN SOUTH LOUISIANA ICE PROCESSING CENTER, ET AL.** | **MAG. JUDGE CAROL B. WHITEHURST** |

## ORDER

Petitioner Luiraimis J. Valerio Liendo, a detainee in the custody of the Department of Homeland Security and the Bureau of Immigration and Customs Enforcement, petitions for a writ of habeas corpus under 28 U.S.C. § 2241.

**THE CLERK OF COURT IS INSTRUCTED** to email a copy of this Order to the Civil Chief of the United States Attorney's Office for the Western District of Louisiana and grant her access to the pleadings.

**IT IS ORDERED** that Respondents file a response to the Petition within **28 days** of the date of this Order, or service of the Petition on the United States Attorney for the Western District of Louisiana, whichever is later.

**IT IS FURTHER ORDERED** that Petitioner shall have **14 days** following the filing of Respondents' response to file a reply.

When the record is complete, the Court will determine the necessity of an evidentiary hearing.

In Chambers, Lafayette, Louisiana, this 6th day of July, 2026.

_____
Carol B. Whitehurst
United States Magistrate Judge